UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE TREZVANT, | ) |
| as Personal Representative | ) |
| of the Estate of Ronita Williams, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 15-cv-02649-JWL-TJJ |
| | ) |
| DOCTORS HOSPITAL, L.L.C., et al., | ) |
| | ) |
| Defendants. | ) |

**PARTIES' STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW the parties in the above-captioned matter, by and through their attorneys of record, and hereby enter their stipulation to dismiss this matter without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and K.S.A. 60-241(a)(1)(A)(ii). All parties are in agreement to this stipulation and further agree to bear their own costs.

Respectfully Submitted,

/s/ Barry R. Bertram
Barry R. Bertram KS #23365
BARRY R. BERTRAM, LLC
P.O. Box 480613
Kansas City, MO 64148-0613
(816) 520-9993
Fax: (816) 943-1909
brbertram@brbertramlaw.com

/s/ Mark Schloegel
Mark Schloegel          KS #26349
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, MO 64105
Phone: 816-221-2288
Fax:    816-221-3999
mschloegel@pophamlaw.com
/s/ Kaitlyn Syring Neufeld
Kaitlyn Syring Neufeld        MO #66273
*Admitted Pro Hac Vice*

Bertram & Graf, L.L.C.
4717 Grand Ave., Suite 800
Kansas City, MO 64112
Phone: 816-523-2205
Fax:     816-523-8258
jsbertram@bertramgraf.com
ksyring@bertramgraf.com

*Attorneys for Plaintiff*


/s/ Diane L. Waters
Diane L. Waters
Bennett, Bodine & Waters, P.A.
11125 Johnson Drive
Shawnee, KS 66203
Phone: 913-948-7300
Fax:     913-948-7301
dwaters@bbw-law.com

*Attorney for Defendant Michael Estivo, D.O.*


/s/ Mark A. Lynch
Mark A. Lynch
Simpson Logback Lynch Norris, P.A.
7400 West 110th Street, Suite 600
Overland Park, KS 66210-2362
Phone: 913-342-2500
Fax:     913-342-0603
mlynch@slln.com

*Attorney for Defendant Doctors Hospital, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of December, 2015 I electronically filed the foregoing document on the CM/ECF filing system thereby sending notice of said filing to all counsel of record in this matter.

      /s/ Barry R. Bertram
      *Attorney for Plaintiff*