UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE TREZVANT, as Personal Representative of the Estate of Ronita Williams, <br><br> Plaintiff, <br><br> v. <br><br> DOCTORS HOSPITAL, L.L.C., et al., <br><br> Defendants. | Case No.: 15-cv-02649-JWL-TJJ |

## ORDER

Upon Parties' Stipulation of Dismissal Without Prejudice and for good cause shown, it is hereby

ORDERED that this case is dismissed without prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) and K.S.A. 60-241(a)(1)(A)(ii) with costs to be borne by each party.

                                                  s/ John W. Lungstrum
                                                  JUDGE

DATED: December 15, 2015